**Charlie H. KIRKMAN Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 02–3180.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2002.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**Bruce A. STEWART, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7313.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2002.

Before LINN, DYK and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.